**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 22-0074

VERSUS                                                              JUDGE DONALD E. WALTER

LANDRY RAY WILLIAMS JR.                        MAGISTRATE JUDGE HORNSBY


**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offenses charged in Counts One and Two of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 14th day of November, 2025.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE